## MAYHEW v. McFARLAND.

### No. 13977.

Court of Civil Appeals of Texas.
Fort Worth.

Sept. 5, 1941.

Smith & Smith, of Anson, for appellant.

McCall & McCall, of Weatherford, for appellee.

McDONALD, Chief Justice.

This is an appeal from an order overruling a plea of privilege.

A sufficient statement of the case will be found in the opinion of the Supreme Court

dated June 18th, 1941, and its opinion on motion for rehearing dated July 23rd, 1941.

Pursuant to the holding of the Supreme Court, appellee's motion for rehearing is granted, our former judgment in the cause is set aside, our former opinion is withdrawn, and the judgment of the trial court is affirmed.